# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:95-CR-5-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MARC PIERRE HALL, ) | |
| ) | |
| Defendant ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding Defendant's "Application For Admission To Practice *Pro Hac Vice*" (Document No. 910) concerning George Bundy Smith, filed August 15, 2012.

The undersigned notes that U.S. District Judge Frank Whitney entered a Text Only Order deferring the ruling on the aforementioned motion on August 16, 2012. Unaware of this, the undersigned entered an order granting that motion (Document No. 912) on August 17, 2012. The undersigned's Order is hereby withdrawn. The motion remains open and will be considered by Judge Whitney.

**IT IS THEREFORE ORDERED** that the undersigned's order granting *pro hac vice* admission (Document No. 912) is **WITHDRAWN**.

**SO ORDERED**.

Signed: August 22, 2012

David C. Keesler
United States Magistrate Judge